USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
DANIEL WLODARCZYK, *et al.*, :
:
:
Plaintiffs, :
: 1:24-cv-6010-GHW
:
-against- :
: ORDER
:
THE 3M COMPANY, *formerly known as* :
Minnesota Mining and Manufacturing Co., *et al.*, :
:
Defendants. :
:
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on August 7, 2024. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than August 21, 2024. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: August 8, 2024
       New York, New York

                                                                         GREGORY H. WOODS
                                                       United States District Judge